## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Nationwide Mutual Insurance Company, individually and as successor−in−interest to Nationwide Mutual Fire Insurance Company, et al.

                                                  Plaintiff,

v.                                                Case No.: 1:23−cv−14213

                                                    Honorable Edmond E. Chang

The National Baptist Convention, USA, Inc., et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 4, 2024:

      MINUTE entry before the Honorable Edmond E. Chang: On review of the status report, R. 10, in light of the finalization of the withdrawal forms, and to avoid unnecessary status hearings and to provide time to exchange consideration, the case is dismissed without prejudice and with full leave to reinstate via motion filed by 02/20/2024. The Court appreciates the detail provided in the status report. Status hearing of 01/05/2024 is vacated. Civil case terminated. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.